UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
DAYTON DIVISION

| | | |
|---|---|---|
| JAMES RANEY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.  3:14-cv-342 |
| THE CONNOR GROUP, | ) ) | Judge Rice |
| Defendant. | ) ) | |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a)**, Eric Willison, trial attorney for James Raney in this action, hereby moves the Court to admit Paul Alan Levy *pro hac vice* to appear and participate as counsel or co-counsel, in this case for James Raney.

Movant represents that Paul Alan Levy is a member in good standing of the highest court of the District of Columbia, as attested by the accompanying certificate from that court and that Mr. Levy is not eligible to become a member of the permanent bar of this Court. This motion is accompanied by the required $200.00 fee.

Mr. Levy understands that, unless expressly excused, he must register for electronic filing with this Court promptly upon the granting of this Motion.

Mr. Levy's 's relevant identifying information is as follows:

Paul Alan Levy

Business telephone: 202-588-7725    Business fax 202-599-7792

Business address: Public Citizen Litigation Group, 1600 20th Street, NW, Washington, D.C. 20009

Business e-mail address: plevy#citizen.org

/s/ Eric E. Willison
                                        Eric E. Willison (Bar No. 0066795)

                                        4876 Cemetery Road, 2nd Floor
                                        Hilliard, Ohio 43026
                                        (614) 580-4316
                                        eewillison@earthlink.net

                                        Trial Attorney for Plaintiff James Raney

October 6, 2014

## CERTIFICATE OF SERVICE

I hereby certify that this motion for admission *pro hac vice* will be sent to defendant along with the complaint and the request for waiver of service..

                                                        /s/   Eric E. Willison
                                                        Eric E. Willison



## District of Columbia Court of Appeals
### Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## PAUL A. LEVY

was on **MARCH 14, 1978** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **October 4, 2014**.

JULIO A. CASTILLO
Clerk of the Court

By: _Nenette Lane_
Deputy Clerk

```
Court Name: US District Court SDO
Division: 1
Receipt Number: 100CIN023285
Cashier ID: earlj
Transaction Date: 10/08/2014
Payer Name: Stagnaro, Saba and Patterson
----------------------------------------
PRO HAC VICE
 For: Stagnaro, Saba and Patterson
 Case/Party: D-OHS-3-14-LB-ATTY03-001
 Amount:        $200.00
----------------------------------------
CHECK
 Remitter: Stagnaro, Saba and Patterson
 Check/Money Order Num: 53821
 Amt Tendered: $200.00
----------------------------------------
Total Due:      $200.00
Total Tendered: $200.00
Change Amt:     $0.00


A fee of $53.00 will be assessed on
all returned checks.
```