UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
DAYTON DIVISION

| | |
|---|---|
| JAMES RANEY, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:14-cv-342 |
| THE CONNOR GROUP, | ) |
| Defendant. | ) |

**NOTICE OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i), and in light of (1) the assertion in Defendant's Reply in Support of Motion to Dismiss (Document No. 10) that there is no case or controversy with respect to whether plaintiff's posting of parody versions of its copyrighted photographs infringed its copyright, (2) the representation of defendant's counsel that defendant does not currently object to Raney's future use of the photographs, and (3) defendant's not having invoked the DMCA since the copyrighted matter was reposted, plaintiff hereby dismisses this action without prejudice.

    /s/ Paul Alan Levy
Paul Alan Levy (pro hac vice)

Public Citizen Litigation Group
1600 20th Street NW
Washington, D.C. 20009
(202) 588-1000
plevy@citizen.org

    /s/ Eric E. Willison
Eric E. Willison (Bar No. 0066795)

4876 Cemetery Road, 2nd Floor
Hilliard, Ohio 43026
(614) 580-4316
eewillison@earthlink.net

February 27, 2015                        Attorneys for Plaintiff